IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:23-CV-236-KS

| | | |
|---|---|---|
| ROBERT ASTIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| KILOLO KIJAKAZI, | ) | |
| Acting Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

For good cause shown, Defendant's motion to appear telephonically at the oral argument hearing scheduled for December 12, 2023 [DE #19] is GRANTED. Defendant shall be permitted to appear via video teleconferencing ("VTC"). On or before December 5, 2023, counsel for Defendant shall submit a VTC Request, which is available at https://www.nced.uscourts.gov/attorney/crtech.aspx.

This 24th day of October 2023.

_____
KIMBERLY A. SWANK
United States Magistrate Judge