UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| ROBERT ASTIN,<br>       Plaintiff,<br><br>v.<br><br>MARTIN O'MALLEY,<br>*Commissioner of Social Security Administration*<br>       Defendant. | **JUDGMENT**<br>Case No. 5:23-CV-236-KS |

**Decision by the Court.**

**IT IS ORDERED, ADJUDGED AND DECREED** the court reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) and this case is remanded for further proceedings consistent with the court's order.

This judgment filed and entered on April 18, 2024, with electronic service upon:

Derrick Arrowood, *Counsel for Plaintiff*
Dianne Samu, *Counsel for Defendant*
Samantha Zeiler, *Counsel for the Defendant*
Joanne Kernicky, Counsel for the Defendant

                                                **PETER A. MOORE, JR.**
                                                CLERK, U.S. DISTRICT COURT

DATE: April 18, 2024                         /s/ *Shelia Foell*
                                                (By): Shelia Foell
                                                Deputy Clerk, U.S. District Court