THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:23-CV-00236-KS

ROBERT ASTIN,

    Plaintiff,

v.

LELAND DUDEK, Acting
Commissioner of Social Security,[1]

    Defendant.

ORDER FOR PAYMENT OF
ATTORNEY FEES UNDER THE
EQUAL ACCESS TO JUSTICE ACT

Upon stipulation and agreement of the parties, it is ORDERED that Defendant pay to Plaintiff $7,465.00 in attorney's fees, in full satisfaction of any and all claims arising under the Equal Access to Justice Act, 28 U.S.C. § 2412. If the award to Plaintiff is not subject to the Treasury Offset Program, payment will be made by check payable to Plaintiff's counsel, Derrick K. Arrowood, and mailed to his office at P.O. Box 58129, Raleigh, NC 27658, in accordance with Plaintiff's assignment to his attorney of his right to payment of attorney's fees under the Equal Access to Justice Act.

SO ORDERED this 14th day of March 2025.

KIMBERLY A. SWANK
UNITED STATES MAGISTRATE JUDGE

---

[1] Leland Dudek is now Acting Commissioner of Social Security and is therefore substituted as the defendant to this action. *See* Fed. R. Civ. P. 25(d).