UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| ROBERT ASTIN,<br>     Plaintiff, | )<br>)<br>) | **JUDGMENT** |
| v. | )<br>) | Case No. 5:23-CV-236-KS |
| LELAND DUDAK,<br>     Defendant. | )<br>)<br>) | |

**Decision by Court.**

This action came before United States Magistrate Judge Kimberly A. Swank for consideration of the Plaintiff's Motion for Attorney Fees [DE-28.]

IT IS ORDERED, ADJUDGED AND DECREED that the Defendant pay attorney fees to the Plaintiff in the amount of $7,465.00, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412.

This judgment filed and entered on March 14, 2025, with *electronic service* upon:

**Derrick Arrowood**
*Counsel for Plaintiff*

**Dianne Samu**
**Joanne Kernicky**
**Samantha Zeiler**
*Counsel for Defendant*


                                            **PETER A. MOORE, JR.**
                                            **CLERK, U.S. DISTRICT COURT**

DATE: March 14, 2025                           /s/ *Shelia D. Foell*
                                            (By): Shelia D. Foell, Deputy Clerk