IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:23-CV-00236-KS

| | |
|---|---|
| ROBERT ASTIN, | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| FRANK BISIGNANO, Commissioner of Social Security, | ) |
| Defendant. | ) |

Upon consideration of Plaintiff's petition for an award for attorney's fees in the sum of $19,400.00 representing less than 25% of Plaintiff's accrued back benefits,

It is therefore ORDERED that Plaintiff's counsel, Derrick K. Arrowood, is awarded an attorney's fee under the Social Security Act, 42 U.S.C. § 406(b), in the sum of $19,400.00. Upon receipt, Plaintiff's counsel shall then reimburse Plaintiff the sum of $7,767.00, which was previously received under the EAJA, 28. U.S.C. § 2412.

This 21st day of November 2025.

_____
KIMBERLY A. SWANK
United States Magistrate Judge