UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| ROBERT ASTIN,       )<br>     Plaintiff,    )<br>                        )<br>v.                      )<br>                        )<br>FRANK J. BISIGNANO,  )<br>Commissioner of Social Security,  )<br>     Defendant.    ) | **JUDGMENT**<br><br>Case No. 5:23-CV-236-KS |

**Decision by Court.**

      This action came before United States District Judge Richard E. Myers, II for consideration of the Plaintiff's Motion for Attorney Fees [DE-33].

      IT IS ORDERED, ADJUDGED AND DECREED the Plaintiff's Motion [DE-33] is GRANTED and Plaintiff's Counsel is awarded an attorney's fee under the Social Security Act, 42 U.S.C. § 406(b), in the sum of $19,400.00. Upon receipt, Plaintiff's counsel shall then reimburse Plaintiff the sum of $7,767.00, which was previously received under the EAJA, 28. U.S.C. § 2412.

This judgment filed and entered on November 21, 2025, with *electronic service* upon:

**Derrick Arrowood**
*Counsel for Plaintiff*

**Dianne Samu**
**Joanne Kernicky**
**Samantha Zeiler**
*Counsel for Defendant*

                                                              **PETER A. MOORE, JR.**
                                                              **CLERK, U.S. DISTRICT COURT**

DATE: November 21, 2025                             /s/ *Shelia D. Foell*
                                                              (By): Shelia D. Foell, Deputy Clerk